ORIGINAL

**FILED**

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

IN RE PETITION OF CHRIS SEKIMOTO FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

FILED

MAR 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Chris Sekimoto has petitioned this Court for reinstatement to active status in the State Bar of Montana. Sekimoto was placed on inactive status in September 2016 for noncompliance with CLE requirements. The Petition states that Sekimoto is not currently subject to disciplinary proceedings, and has not been charged with a criminal offense, accrued delinquent debt or filed for bankruptcy, failed to fulfill the obligations of a public office, or committed any acts or omissions sanctionable under the Rules of Professional Conduct while on suspended status. The Petition states that Sekimoto "is willing and able to pay active dues, fees, and the state license tax to the State Bar of Montana and comply with any continuing education requirements this Court may impose." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Chris Sekimoto for reinstatement to active status in the State Bar of Montana is GRANTED. Petitioner shall pay all dues, fees, and taxes owing to the State Bar. Within six (6) months of reinstatement, Petitioner shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty (30) hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 10 day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices